**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1485

SEAN SHALLOW,

Plaintiff - Appellant,

v.

NATION ACTION NETWORK; UNITED STATES ATTORNEY GENERAL; MAPLE BAY TOWNHOUSE; PEMBROKE TOWN CENTER APARTMENT; SYLVIA MARLENE SHALLOW; CSL PLASMA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:22-cv-00048-AWA-LRL)

Submitted: January 19, 2023                     Decided: February 6, 2023

Before WYNN and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sean Shallow, Appellant Pro Se. John William Palenski, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia; Alexander Paul Berg, Yvette Vanessa Gatling, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Shallow appeals the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shallow v. Nation Action Network*, No. 2:22-cv-00048-AWA-LRL (E.D. Va. Apr. 21, 2022). We grant the motions to affirm appeal and deny the motions for initial hearing en banc, to appoint counsel, to dismiss appeal, and to strike supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*